### DOTY v. WHITTLESEY.

Chancery relieves against accidents, and will lengthen the term of a foreclosure.

PETITION in chancery — showing that on the 3d day of April A. D. 1790, he purchased a home lot of A. Hamlin, which lot was mortgaged to David Whittlesey, for a debt said Hamlin owed him, whereby it became his duty to pay said Whittlesey; that in February A. D. 1790, said Whittlesey procured a decree in chancery, that unless the money due on the mortgage from said Hamlin to him, was paid by the 1st of July A. D. 1790, the equity of redemption should be foreclosed; that he had paid a part of said money before the 1st of July; that in going after the remainder of the money, he was taken sick, and thereby prevented returning until the 10th of said July, when he offered the money and said Whittlesey refused it; and on the 16th he tendered him £45 9s. there being only £43 due, and said Whittlesey refused to accept it and insisted on £103 more. Praying that said foreclosure may be opened, and that said Whittlesey, upon his paying or tendering the remainder of said sum, be compelled to release said premises to him in a reasonable time.

Upon hearing the petition, the court found the facts to be true and granted the petition, and pass a decree accordingly; and that said Whittlesey pay the cost.